## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

KAREN DRAKE,

    Plaintiff,

v.                                              Case No: **5:18-cv-302-Oc-30PRL**

CENTRAL FLORIDA GAMING, LLC

    Defendant.

## **REPORT**

On October 23, 2018, in Ocala, Florida, I conducted a settlement conference. The attorneys of record, along with their clients or a representative with authority to settle the case, appeared. The parties reached a full settlement that reflects a fair and reasonable compromise of Plaintiff's claims, with separately agreed to reasonable attorney's fees and costs.

Dated: October 23, 2018

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding United States District Judge
Counsel of Record