## **RELEASE OF ALL CLAIMS**

For and in consideration of the payment of Two Hundred Dollars ($200.00), and other consideration paid or payable pursuant to that certain Mediation Settlement Agreement entered into between the parties on October 23, 2018, the receipt and sufficiency whereof is hereby acknowledged, the undersigned, Karen Drake (hereafter "Drake") hereby remises, acquits, releases, satisfies and discharges Central Florida Gaming, LLC., a Florida limited liability company (hereafter "CFG") its predecessors and successors in interest, assignees, parents, subsidiaries, parent corporations, affiliates, divisions and related companies and entities, and its past present and future employees, officers, directors, supervisors, managers, agents, insurers, attorneys and representatives (collectively "Releasees") in their individual and official capacities, and their heirs and legal representatives, of and from, any and all claims and demands, past, present or future, known or unknown, and all manner of actions and actions, causes of action, suits, administrative proceedings, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, torts, trespasses, damages, judgments, executions, warranties, claims and demands whatsoever, in law or in equity, which Drake and her heirs, executors, administrators, agents, distributees, beneficiaries, successors in interest and assignees ever had or now have or in the future may have by reason of any matter, cause or thing whatsoever from the beginning of the world to the execution of this Release, including, without limitation, any and all claims which have been or could be asserted by Drake. The release by Drake of Releasees includes, without limitation:

      A.    Any and all claims for damages, salary, wages, compensation, overtime compensation, monetary relief, employment, benefits, including, but not limited to, any claims for benefits under an employee benefit plan or any retirement plan, profit-sharing, capital stock, bonuses,

merit and longevity increases, and all other benefits of any kind, earnings, backpay, front pay, liquidated and other damages, compensatory damages, punitive damages, damage to character, damage to reputation, emotional distress, mental anguish, depression, injury, impairment in locating employment, financial loss, home foreclosure, pain and suffering, being made whole, injunctive and declaratory relief, interest, attorneys' fees, and costs arising from Drake's employment with CFG.

        B.     Any and all claims growing out of, resulting from, related to, or connected in any way to Drake's relationship and/or employment, and the termination/separation thereof, with Releasees, including, without limitation, any and all claims for handicap or disability discrimination, national original discrimination, race discrimination, age discrimination, sex discrimination, harassment of any kind, including sexual harassment, retaliation, unequal pay, whistle-blowing, breach of contract, rescission, promises, claims under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, torts of all kind, including, but not limited to, misrepresentation, negligent or otherwise, fraud, defamation, libel, battery, assault, slander, intentional infliction of emotional distress, workers' compensation, workers' compensation retaliation, interference with an advantageous business relationship, negligent hiring, negligent retention, discrimination, claims or rights under state and federal whistle-blower legislation, the Consolidated Omnibus Budget Reconciliation Act ("COBRA"), the Family and Medical Leave Act ("FMLA"), the Americans with Disabilities Act ("ADA"), the Age Discrimination in Employment Act ("ADEA"), the Older Workers Benefit Protection Act ("OWBPA"), the Equal Pay Act ("EPA"), Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, the Florida Civil Rights Act of 1992 ("FCRA"), Chapter 760, Fla. Stats., and the Fair Labor Standards Act ("FLSA"), as amended, and any other claim of any kind.

        C.     Any and all rights of action and administrative and judicial relief which Drake might otherwise have available in the state and federal courts arising from Drake's employment,

including all common law claims and claims under federal and state constitutions, statutes and regulations and federal executive orders and county and municipal ordinances and regulations.

Drake understands that her employment with CFG has been terminated and not to discuss her claims and the issues related thereto with any current or former employee of CFG. Further, CFG is under no obligation or duty to consider Drake for re-employment in the future. Drake confirms that she has not filed, or caused to be filed, or is not a party to any claim, complaint, or action against Releasees in any forum or form.

Drake covenants and agrees that she has and will continue to maintain in strict confidence the terms of this Release and shall not disclose such terms or conditions to any person, though she may provide this agreement to attorneys or spouse, CPA, accountant and tax preparer, provided she instructs each and obtains from each their agreement to maintain the confidentiality provided herein. Drake further agrees that neither she nor her present or future representatives, attorneys or agents shall issue any publicity release or otherwise publicize, communicate, reveal or give out in any manner information regarding her claims and the issues arising from those claims, or the terms of this Release, except as necessary in the course of preparing benefit or tax documents, except in legal proceedings based on the terms and provisions hereof and except to her legal counsel, spouse and any financial advisor or accountant, provided such individuals are instructed and obligated thereby to maintain such terms in strict confidence to the same degree as Drake and provided any disclosure by them shall be attributable to and the responsibility of Drake hereunder. In the event Drake should be asked, except as provided herein, about the terms of this Release, she hereby agrees to provide a response limited to one or more of the following sentences or words of similar effect: "My differences have now been resolved to the mutual satisfaction of the parties."

It is further understood and agreed that the total sums paid as set forth above, and the other good and valuable consideration provided for herein, are not mere recitals, but are the consideration for this Release, the full and final release effected thereby and the covenant of confidentiality. Drake hereby represents and warrants that she has entered into this Release of her own free will and accord and in accordance with her own judgment, and after consultation with counsel. Drake further acknowledges that she has not been induced to enter into this Release by any statement, fact or representation of any kind or character on the part of Releasees other than those specifically set out herein.

For the purpose of implementing a full and complete Release, Drake expressly acknowledges that this Release is intended to include, without limitation, the release of claims that she did not know or suspect to exist in her favor at the time of the execution of this Release, regardless of whether the knowledge of such claims or the facts upon which they might be based would materially have affected her willingness to enter into this Release; the consideration given under this Release is also for the release of those claims and contemplates the extinguishment of any unknown claims.

Drake understands and agrees that she:

(a) Has had a reasonable time within which to consider this Release before executing it;

(b) Has carefully read and fully understand all of the provisions of this Release;

(c) is, by this Release, releasing Releasees from any and all claims she may have against Releasees relating to her employment with CFG;

(d) Knowingly and voluntarily agree to all of the terms set forth in this Release;

(e) Knowingly and voluntarily intends to be legally bound by same;

(f) Was advised to consider the terms of this Release with counsel, and has consulted with her counsel prior to executing this Release; and

    (g)    Is duly authorized and have full authority to execute this Release.

DATED this __30__ day of __October__, 2018.

Witnesses:

_Timothy Drake_                                        _Karen Drake_
                                                                           Karen Drake

_Timothy Drake_
Print Name


_____
Print Name